UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **OAKMED, LLC** d/b/a **OAKMED NURSING SERVICES** (Patient R.W.), | Case No. 22-cv-12647<br>Hon. Laurie J. Michelson |
| Plaintiff, | |
| -v- | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, | |
| Defendants. | |

_____/

| | |
|---|---|
| **MICHAEL R. DORFMAN (P60955)**<br>   mdorfman@americaremedical.com<br>*Attorney for Plaintiff*<br>1938 Woodslee Dr.<br>Troy, MI 48083<br>(248) 619-3681 | HEWSON & VAN HELLEMONT, P.C.<br>**ELAINE M. SAWYER (P56494)**<br>   elaine@vanhewpc.com<br>**JORDAN A. WIENER (P70956)**<br>   jwiener@vanhewpc.com<br>*Attorneys for Defendant*<br>25900 Greenfield Rd., Suite 650<br>Oak Park, MI 48237<br>(248) 968-5200 |

_____/

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court by way of the stipulation of the parties, and the Court being otherwise fully advised in the matter:

**IT IS HEREBY ORDERED** that Plaintiff's action is dismissed in its entirety without prejudice and without costs to either party.

- 2 -

SO ORDERED.

Dated: December 7, 2022

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE

Approved for filing with the Court:

    */S/ MICHAEL R. DORFMAN*
    w/consent via email
_____
**MICHAEL R. DORFMAN (P60955)**
*Attorney for Plaintiff*

    */S/ JORDAN A. WIENER*

_____
**JORDAN A. WIENER (P70956)**
*Attorney for Defendant*